UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| RIQUIE L. BOUTIN,<br><br>　　　Plaintiff,<br><br>　　　-v-<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　Defendant. | Civil Action No. 2:18-cv-00083-GZS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

　　　The parties, by and through their undersigned counsel, hereby stipulate and agree that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs to either party as against the other.

Dated: August 14, 2018

Riquie L. Boutin

*/s/ Andrew J. Bernstein*
Andrew J. Bernstein, Esq.
Law Offices of Joe Bornstein
P.O. Box 4686
Portland, ME 04112
Tel: (207) 772-4624
abernstein@joebornstein.com

Life Insurance Company of North America

*/s/ Byrne J. Decker*
Byrne J. Decker
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
477 Congress Street, 5th Floor
Portland, ME  04101
Tel: (207) 387-2963
bdecker@ogletree.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: August 14, 2018

                                                     Respectfully Submitted,

                                                     /s/ *Andrew J. Bernstein*

                                                     Andrew J. Bernstein, Esq.

                                                     Law Offices of Joe Bornstein

                                                     P.O. Box 4685

                                                     Portland, ME 04112

                                                     Tel: (207) 772-4624

                                                     Fax: (207) 772-5089

                                                     abernstein@joebornstein.com